TSAIYUN ISHIN PHILLIPS, Appellant, v ROBERT MARTIN HARALICK, Respondent.

Submitted August 16, 2010; decided October 21, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

PLEASANT HILL DEVELOPERS, INC., Respondent, v FOXWOOD ENTERPRISES, LLC, et al., Appellants.

Submitted August 23, 2010; decided October 21, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

VALERIE SUTTON, Respondent, v SCOTT BURDICK, as Executor of WESLEY BURDICK, Deceased, et al., Defendants, and RAYMOND HARVEY, Appellant.

Submitted September 7, 2010; decided October 21, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.